

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-9-2009

# Donlin v. Philips Lighting

Precedential or Non-Precedential: Precedential

Docket No. 07-4060

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Donlin v. Philips Lighting" (2009). *2009 Decisions*. Paper 551.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/551

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 07-4060
No. 07-4081

———

COLLEEN DONLIN,

Appellee,

v.

PHILIPS LIGHTING NORTH AMERICA
CORPORATION
d/b/a
Philips Lighting Company,

Appellant.

———

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 05-cv-00585)
District Judge: Honorable Richard P. Conaboy

_____

Present: SCIRICA, *Chief Judge*, FUENTES and HARDIMAN, *Circuit Judges*.

———

**SUR PETITION FOR PANEL REHEARING**

_____

The judges who participated in the decision of this Court having considered the petition for rehearing filed by Philips Lighting North America Corporation in the above-entitled case, panel rehearing is hereby GRANTED for the reasons stated. The precedential opinion and judgment filed on April 23, 2009 are hereby VACATED and the attached opinion is filed forthwith.

By the Court,

/s/ Thomas M. Hardiman
Circuit Judge

Dated: September 9, 2009

tmm/cc: Jacqueline E. Bedard, Esq.
Theodore R. Laputka, Esq.
David Fine, Esq.
Stephen D. Rhoades, Esq.
Amy L. Groff, Esq.